[No. 68156-7-I.   Division One.   August 12, 2013.]

KATTI A. HOFSTETTER, *Appellant*, v. THE CITY OF BELLINGHAM, *Respondent*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 07-2-02810-9, Charles R. Snyder, J., entered December 2, 2011. *Affirmed* by unpublished opinion per Lau, J., concurred in by Leach, C.J., and Spearman, J.

[No. 68321-7-I.   Division One.   August 12, 2013.]

VLADIK BYKOV, *Appellant*, v. STEVEN ROSEN, *as King County Municipal Judge*, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 11-2-40047-6, Monica J. Benton, J., entered December 28, 2011. *Affirmed* by unpublished opinion per Becker, J., concurred in by Cox and Lau, JJ.

[No. 68349-7-I.   Division One.   August 12, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. SHANNON CHRISTOPHER TRAYLOR, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 10-1-02109-9, Ronald L. Castleberry, J., entered January 11, 2012. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Dwyer and Lau, JJ.

[No. 68354-3-I.   Division One.   August 12, 2013.]

*In the Matter of the Estate of* LEORA M. GIVENS.

ROY ANTHONY GIVENS, *Appellant*, v. RHONDA MARY BROWN, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 10-4-03112-7, Palmer Robinson, J., entered November 30, 2011. *Affirmed* by unpublished opinion per Cox, J., concurred in by Leach, C.J., and Dwyer, J.